**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD EUGENE CHAMPION, | ) NO. CV 07-6989-JFW(E) |
| Plaintiff, | ) |
| v. | ) |
| DENTIST MURPHY, et al., | ) JUDGMENT |
| Defendants. | ) |

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: April 9, 2009.

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE